PATRICIA L. McCABE
California State Bar No. 156634
7100 Hayvenhurst Avenue, Suite 314
Van Nuys, CA 91406
Telephone: (818) 907- 9726
Facsimile: (818) 907-6384
E-mail: PLMCCABE@aol.com

Attorney for Plaintiff,
MARIA CRUZ HERRERA

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARIA CRUZ HERRERA,              )<br>                                  )<br>          Plaintiff,              )<br>     v.                          )<br>                                  )<br>MICHAEL S. ASTRUE,                )<br>Commissioner,                    )<br>Social Security,                 )<br>                                  )<br>          Defendant.              )<br>_____) | Case No.: CV 08-02765 FMO<br><br>ORDER FOR AN AWARD OF<br>ATTORNEY'S FEES UNDER THE<br>EQUAL ACCESS TO JUSTICE<br>ACT (EAJA)<br><br>Magistrate Judge:  Hon. Fernando M. Olguin |

    Based upon the parties' Stipulation for Award of EAJA Fees (Stipulation), IT IS ORDERED that Plaintiff's Counsel, as Plaintiff's assignee, shall be awarded attorney fees under the Equal Access to Justice Act (EAJA) in the amount of Four Thousand Five Hundred and 00/100 Dollars ($4,500.00), pursuant to 28 U.S.C. § 2412(d), and costs in the amount of One Hundred Nine and 34/100 Dollars ($109.34), pursuant to 28 U.S.C. § 1920, subject to the terms of the above-referenced Stipulation.

    IT IS SO ORDERED.

Date: 5/26/10

                                                     _____/s/_____
                                                     UNITED STATES MAGISTRATE JUDGE